IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>              Plaintiff,<br><br>vs.<br><br>SHOMARI F. HAKEEM,<br>              Defendant,<br><br>and<br><br>ASBURY MANAGEMENT SERVICES, LLC,<br>              Garnishee. | CASE NO. DNCW3:05CR277-6<br>(Financial Litigation Unit) |

## DISMISSAL OF ORDER OF CONTINUING GARNISHMENT

**THIS MATTER IS BEFORE THE COURT** on Plaintiff's "Motion For Dismissal Of Order Of Continuing Garnishment" (Document No. 797) filed August 27, 2020. Having carefully considered the motion and the record, and for good cause shown, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that Plaintiff's "Motion For Dismissal Of Order Of Continuing Garnishment" (Document No. 797) is **GRANTED**, and the Order of Continuing Garnishment filed in this case against the Defendant is **DISMISSED**.

Signed: August 27, 2020

_____
David C. Keesler
United States Magistrate Judge